1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Christie Lloyd, et al.,

       Plaintiffs,

v.

Rise Services Incorporated, et al.,

       Defendants.

No. CV-22-00928-PHX-SMB

**ORDER**

The Court having reviewed the Parties' Joint Stipulation of Dismissal with Prejudice (Doc. 35) and good cause appearing,

**IT IS HEREBY** ordered that the Parties' Stipulation is granted with prejudice and the matter is dismissed in its entirety, with each side to bear their own attorneys' fees and costs, except as otherwise agreed to by the Parties.

Dated this 19th day of May, 2023.

Honorable Susan M. Brnovich
United States District Judge